IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Blake L. Mackesy<br>Debtor<br><br>Rushmore Servicing as servicer for U.S. Bank National Association, not in its individual capacity but solely as trustee for RMTP Trust, Series 2021 Cottage-TT-V<br>v.<br><br>Blake L. Mackesy<br>Jack N Zaharopoulos -Ch13 Trustee<br>Respondents | CASE NO.: 22-00340-MJC<br><br>CHAPTER 13<br><br>Judge: Mark J. Conway |

## ORDER APPROVING SETTLEMENT STIPULATION

AND NOW, this _____ day of _____, 2024, it is hereby ORDERED and DECREED that the Settlement Stipulation resolving Creditor, Rushmore Servicing as servicer for U.S. Bank National Association, not in its individual capacity but solely as trustee for RMTP Trust, Series 2021 Cottage-TT-V's Motion for Relief from Automatic Stay is hereby APPROVED.

BY THE COURT:

_____
Mark J. Conway, Bankruptcy Judge