IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Blake L. Mackesy<br>Debtor<br><br>Rushmore Servicing as servicer for U.S. Bank National Association, not in its individual capacity but solely as trustee for RMTP Trust, Series 2021 Cottage-TT-V<br>v.<br><br>Blake L. Mackesy<br>Jack N Zaharopoulos -Ch13 Trustee<br>Respondents | CASE NO.: 5:22-bk-00340-MJC<br><br>CHAPTER 13<br><br>Judge: Mark J. Conway |

### ORDER APPROVING SETTLEMENT STIPULATION

Upon consideration of the Stipulation filed at Dkt. # 71 in the above-captioned case ("Stipulation"), it is hereby

**ORDERED** that the Stipulation is **APPROVED**.

By the Court,

_____
Mark J. Conway, Bankruptcy Judge
Dated: June 20, 2024